# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

BENJAMIN ANDRES,

               Plaintiff,

   v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

               Defendant.

CASE NO. 2:25-cv-02628-DJC-DMC

**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice, as to all parties.

Each Party shall bear its own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: May 18, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE